NO. 07-02-0052-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

APRIL 4, 2002

_____

BETTY ANN NEWBY,

Appellant

v.

TISDALE SIDING, INC.

Appellee
_____

FROM THE COUNTY COURT OF HUTCHINSON COUNTY;

NO. 5681; HON. JACK WORSHAM, JUDGE
_____

Before BOYD, C.J., and QUINN and REAVIS, JJ.

Appellant Betty Ann Newby, proceeding *pro se*, filed a notice of appeal from the trial court's judgment dated October 7, 2001. Both the clerk's record and reporter's record have been filed. Appellant's brief was originally due March 4, 2002, which date came and went without a brief or extension being filed. The Court notified appellant on March 14, 2002, that the brief was past due and that failure to reasonably explain the reasons therefor could result in dismissal. On March 15, 2002, a motion for extension of time to file the brief

was filed and appellant was granted an extension until March 29, 2002. So too was she admonished that no further extensions would be granted without extreme and unusual circumstances. The March 29, 2002 deadline has passed without appellant filing either a brief or a further motion to extend the deadline.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) and 42.3(b) and (c).

Per Curiam

Do not publish.